

**THE QUINN LAW FIRM**

399 KNOLLWOOD ROAD, SUITE 220
WHITE PLAINS, NEW YORK 10603
Tel: 914.997.0555
Fax: 914.997.0550

35 Worth Street
New York, NY 10013
Tel: 646.398.3909

**MEMO ENDORSED**

February 11, 2021

*Via ECF*
Hon. District Judge Nelson S. Roman
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

The parties' joint request to adjourn the Case Management Conf. from Mar. 4, 2021 until June 10, 2021 at 2:00 pm is granted. Clerk of Court requested to terminate the motion (doc. 34).
Dated: Feb. 23, 2021

**SO ORDERED:**

HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE

Re:   **Chandler v. City of Mount Vernon, et al. 19-CV-10950 (NSR)(JCM)**

Dear Judge Roman:

As you are aware, The Quinn Law Firm, PLLC represents the City of Mount Vernon and the individually-named Defendants in the above-referenced lawsuit.

At a Status Conference on February 11, 2021, Magistrate Judge McCarthy set the following schedule governing expert discovery: (1) Expert reports shall be served no later than March 31, 2021; (2) Rebuttal expert reports shall be served no later than April 30, 2021; and (3) Expert depositions shall be completed by June 1, 2021. (Minute Entry, 2/11/21).

In light of the new expert discovery schedule, the parties write to jointly and respectfully request an adjournment of the Case Management Conference set for March 4, 2021 at 2:00 PM (Docket Entry No. 31) to a date after the close of expert discovery. The parties jointly propose June 3, 2021, June 4, 2021, and June 10, 2021 as alternative dates for the Case Management Conference. This is the parties' second request for an extension of the discovery schedule. The first request (Docket Entry No. 27) was terminated by the Court pursuant to the adoption of the current Civil Case Discovery Plan and Scheduling Order. (Docket Entry Nos. 28-31).

We thank the Court for its consideration of the instant request.

Very truly yours,

The Quinn Law Firm, PLLC

Steven J. Bushnell, Esq.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/23/2021

www.quinnlawny.com