

**399 KNOLLWOOD ROAD, SUITE 220**
**WHITE PLAINS, NEW YORK 10603**
Tel: 914.997.0555
Fax: 914.997.0550

**35 Worth Street**
**New York, NY 10013**
Tel: 646.398.3909

August 13, 2021

*Via ECF*
Magistrate Judge Judith C. McCarthy
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

      Re:   **Chandler v. City of Mount Vernon, et al.**
              **19-CV-10950 (JCM)**

Dear Magistrate Judge McCarthy,

      As the Court is aware, the undersigned and The Quinn Law Firm PLLC represent the City of Mount Vernon and the individually-named Defendants in the above-referenced lawsuit.

      Pursuant to the Court's directive at the Status Conference on August 5, 2021, the parties jointly write to inform the Court about their availability for trial in the first quarter of 2021.

      Defendants and Plaintiff presently have no conflict dates in January or February and respectfully request the week of January 10, 2022 for trial.

      Should the Court require anything further from the parties then please do not hesitate to contact our office.

      Very truly yours,

      The Quinn Law Firm, PLLC

      Steven J. Bushnell, Esq.

CC: Alexis Padilla, *via ECF and Email*