UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
RYAN CHANDLER,

                                  Plaintiff,                    **TRIAL ORDER**

     -against-                                                   19 Civ. 10950 (JCM)

CITY OF MOUNT VERNON, *et al.*,

                                  Defendants.
-----------------------------------------------------------X

The following dates shall apply to the trial of this matter:

1. The Court has requested that Jury Selection and Trial begin on January 24, 2022. Once the trial calendar is finalized, the Court will confirm the date or notify the parties of any changes.

2. Joint Pre-Trial Order, including complete exhibit and witness lists, must be filed by November 12, 2021. Please review the Court's Individual Rules of Practice for further instruction. Counsel shall pre-mark all exhibits.

3. Proposed *voir dire* must be filed by November 12, 2021.

4. Proposed jury instructions and a proposed verdict form must be filed by November 12, 2021. Each party must submit a complete jury instruction for each claim or defense the party wishes to present to the jury, and each proposed jury instruction shall indicate the authority for the requested instruction and, if a pattern instruction is used, whether the proposed instruction has been adapted or modified.

5. Any motions *in limine* shall be filed by November 12, 2021.

6. Responses to motions *in limine* must be filed by November 24, 2021.

7. Final Pre-Trial Conference will be held on January 10, 2022 at 10:00 a.m. in Courtroom 421.

      The aforementioned papers shall be filed with the Clerk of the Court. Counsel shall simultaneously provide courtesy copies to Chambers. Counsel shall also provide the Court with courtesy copies of all exhibits in both electronic and hard-copy formats, as well as any deposition transcripts to be used at trial, at least five days prior to the Final Pre-Trial Conference.

Dated: September 13, 2021
        White Plains, New York

                                                            **SO ORDERED:**

                                                            JUDITH C. McCARTHY
                                                            United States Magistrate Judge