UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
RYAN CHANDLER,

                            Plaintiff,                      **ORDER**

       -against-                            19 Civ. 10950 (JCM)

CITY OF MOUNT VERNON,
POLICE OFFICER PATRICK KING,
POLICE OFFICER ROBERT G. PUFF,
POLICE OFFICER MICHAEL P. MOCULSKI, and
POLICE OFFICER PHILLIP J. LEONTI,

                            Defendants.
-------------------------------------------------------X

At the final pretrial conference held on January 10, 2022, the undersigned entered a bench ruling on the pending motions *in limine*, (Docket Nos. 52, 58). For the reasons set forth on the record, Plaintiff's motion *in limine*, (Docket No. 58) is granted, and Defendants' motion *in limine*, (Docket No. 52), is granted in part and denied in part. Additionally, the parties agreed to voluntarily dismiss the Defendant City of Mount Vernon from this action. (Docket No. 64).

Accordingly, the Clerk of the Court is respectfully requested to close the pending motions, (Docket Nos. 52, 58), and amend the caption to remove the City of Mount Vernon.

Dated:   January 10, 2022
            White Plains, New York

                                                  **SO ORDERED:**

                                                  JUDITH C. McCARTHY
                                                 United States Magistrate Judge