UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
RYAN CHANDLER,

                            Plaintiffs,                  **ORDER**

     -against-                                              19 Civ. 10950 (JCM)

POLICE OFFICER PATRICK KING, *et al.*,

                            Defendants.
-------------------------------------------------------------X

       On January 10, 2022, the undersigned held a final pretrial conference at which Plaintiff raised an objection to the admissibility of Defendants' expert witness John Monaghan. To assist the Court in deciding this issue, the parties are directed to submit letter briefs by close of business on January 14, 2022 setting forth their respective positions.

Dated: January 11, 2022
       White Plains, New York

                                                    **SO ORDERED:**

                                                    _____
                                                    JUDITH C. McCARTHY
                                                    United States Magistrate Judge