UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
RYAN CHANDLER,

                         Plaintiff,                      **JUDGMENT**

        -against-                          19 Civ. 10950 (JCM)

POLICE OFFICER PATRICK KING,
POLICE OFFICER ROBERT G. PUFF,
POLICE OFFICER MICHAEL P. MOCULSKI,
AND POLICE OFFICER PHILLIP J. LEONTI,

                        Defendants.
-------------------------------------------------------------X

        **WHEREAS**, Plaintiff Ryan Chandler ("Plaintiff") brought the above-entitled action against Defendants Patrick King ("Defendant King"), Robert G. Puff ("Defendant Puff"), Michael P. Moculski ("Defendant Moculski") and Philip J. Leonti ("Defendant Leonti"), and

        **WHEREAS**, this action was assigned to the Honorable Judith C. McCarthy, United States Magistrate Judge, by consent of the parties pursuant to 28 U.S.C. § 636(c); and

        **WHEREAS**, this action proceeded to a jury trial on January 26, 2022; and

        **WHEREAS**, on January 27, 2022, the parties stipulated to dismiss the case as to Defendant Leonti; and

        **WHEREAS**, at the conclusion of trial, on January 28, 2022, the jury reached a unanimous verdict in favor of Defendants King, Puff and Moculski;

- 2 -

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED**, that Defendant Leonti is dismissed pursuant to the parties' stipulation, and a jury verdict is entered in favor of Defendants King, Puff and Moculski. Accordingly, the Clerk is respectfully requested to close the case.

Dated: January 28, 2022
       White Plains, New York

                             **SO ORDERED:**

                             _____
                             JUDITH C. McCARTHY
                             United States Magistrate Judge